NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-1458

THOMAS KARRELL ARDOIN

VERSUS

THE STATE OF LOUISIANA THROUGH THE DEPARTMENT
OF TRANSPORTATION AND DEVELOPMENT

************

APPEAL FROM THE
13TH JUDICIAL DISTRICT COURT,
PARISH OF EVANGELINE, NO. 61,887-B,
HONORABLE THOMAS F. FUSELIER, DISTRICT JUDGE

************

JIMMIE C. PETERS
JUDGE

************

Court composed of Jimmie C. Peters, Michael G. Sullivan, and Glenn B. Gremillion, Judges.

AFFIRMED.

Ted D. Hernandez
Assistant Attorney General
Louisiana Department of Justice
Division of Risk Litigation
556 Jefferson Street, 4th Floor
Lafayette, LA 70501
(337) 262-1700
COUNSEL FOR DEFENDANT/APPELLANT:
    The State of Louisiana Through The
    Department of Transportation and Development

**Chuck R. West**
**West and Vidrine**
**510 West Magnolia**
**Ville Platte, LA 70586**
**(337) 363-2772**
**COUNSEL FOR PLAINTIFF/APPELLEE:**
**Thomas Karrell Ardoin**

**Daniel C. Vidrine**
**12445 Parkvilla Avenue**
**Baton Rouge, LA 70816**
**(225) 752-4520**
**COUNSEL FOR PLAINTIFF/APPELLEE:**
**Thomas Karrell Ardoin**